UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIRIAHM PALOMA,<br><br>        Plaintiff,<br><br>   -against-<br><br>NEW YORK CITY DEPARTMENT OF<br>CORRECTIONS, et al.,<br><br>        Defendants. | 20-CV-0637 (LLS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued June 29, 2020, dismissing the complaint,

  IT IS ORDERED, ADJUDGED, AND DECREED that this action is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: June 29, 2020
    New York, New York

                       *Louis L. Stanton*
                         Louis L. Stanton
                          U.S.D.J.